I.

90551876_2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:11-CV-00059-GCM

| | |
|---|---|
| **CATHY RANISZEWSKI, personal representative of the Estate of Joseph M. Marett, Jr. and SAV/WAY FOODS, INC.,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **WILLIAM B. DAVIDSON,** <br><br> **Defendant.** | **CONSENT ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT** |

THIS MATTER came before the undersigned upon the motion by the plaintiffs Cathy Raniszweski, personal representative of the Estate of Joseph M. Marett, Jr., and Sav/Way Foods, Inc. to amend their complaint under Rule 15(a)(2) of the Federal Rules of Civil Procedure. As evidenced by the signature of counsel for all parties below, this Court finds that the parties consent to entry of this Order, and justice requires that plaintiffs be given the opportunity to amend their complaint.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiffs' motion to amend their complaint is GRANTED, and the plaintiffs shall file and serve their amended complaint within seven (7) days of entry of this Order. It is further ordered that the defendant William B. Davidson's motion for judgment on the pleadings [Docket No. 5] is denied as moot without prejudice, and that the defendant William B. Davidson shall have an additional seven (7)

days, or a total of twenty-one (21) days, from the date of service of the plaintiffs' amended complaint to respond to the plaintiffs' amended complaint.

Signed: April 6, 2011

Graham C. Mullen
United States District Judge

WE CONSENT:

/s/ Rebecca K. Lindahl
Rebecca K. Lindahl
rebecca.lindahl@kattenlaw.com
Richard L. Farley
richard.farley@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202-4213
(704) 344-3141 telephone
(704) 344-2277 facsimile
*Counsel for all of the Plaintiffs*


/s/Brian Church
D. Blaine Sanders
bsanders@rbh.com
Brian Church
bchurch@rhb.com
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
704.377.8166 telephone
704.339.3466 facsimile
bchurch@rbh.com

*Counsel for the Defendant William B. Davidson*